**GORDON R. SIMMONDS**
**932489 Robertson Unit**
**12071 FM 3522**
**Abilene, Texas   79601-8799**

September 28, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

Hon. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308 -- Capitol Station
Austin, Texas   78711-2308

RE:   Ex parte Darren Ford, No. WR-83,320-01

Dear Mr. Acosta:

On January 8, 2015, as Petitioner I submitted the above referenced application on behalf of Applicant Ford.  On June 3, 2015 the Court  dismissed  the application for non-compliance with Rule 73.1 of the Rules of Appellate Procedure.  Naturally when I prepared the application I made carbon copies for myself, and for Mr. Ford.  Now I am in need of a copy of the grounds pled, but I am unable to find my copy, and Mr. Ford has gone home, taking his copy with him.  Unfortunately for me, I think I may have inadvertently thrown my copy away.

I ask that you please provide me with a copy of the pages comprising  GROUND ONE and GROUND TWO, I believe it was five (5) pages total.  I am indigent and unable to purchase the copies, but if you require payment let me know the costs and I will try to get the money somewhere.

I  thank you so very much, in advance, for your kind and generous assistance with this matter.

Very respectfully, I remain,
Your most obedient servant,

Gordon R. Simmonds

GRS/grs

cc: Mr. Flores
    Case File